

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2018

No. 04-17-00592-CV

**NORTH EAST INDEPENDENT SCHOOL DISTRICT** and Texas Commissioner of
Education,
Appellants

v.

Dehann **RIOU,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI09958
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellee's unopposed motion to file brief in paper form is granted.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 12th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court